# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS R. HATFIELD ) | 2:04-CR-00215-PMP-PAL |
| Petitioner, ) | |
| vs. ) | **ORDER** |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |

The Court having read and considered Petitioner's Motion for Return of Property (Doc. #52), and Respondent's Opposition thereto (Doc. #54), and good case appearing,

**IT IS ORDERED that** Petitioner's Motion (Doc. #52) is **DENIED**.

DATED: September 24, 2010.

_____
PHILIP M. PRO
United States District Judge