UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS DIVISION

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

MAR - 9 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                                    DEPUTY

THOMAS R. HATFIELD,            )
                               )
      PETITIONER,              )
                               )
Vs.                            )
                               )      **CAUSE NO:**
                               )      **2:04-cr-00215-** LDG **-PAL**
                               )
UNITED STATES OF AMERICA,      )
      Respondent.              )
_____)

MOTION FOR LEAVE TO REPLY

COMES NOW, Thomas R. Hatfield, Petitioner, pro se in the above styled and entitled cause of action who moves the Court for leave to Reply to the Government's Response to his Motion to Terminate Supervised Release.

Procedural History

On June 16, 2015, Petitioner filed in this Court a Motion to Terminate Supervised Release citing inter alia the grounds for such a request.

On June 17, 2015, The Government responded to the Motion in opposition to Petitioner Hatfield's request. Petitioner however did not learn of the entry of the Government's Response until several days ago when the case disposition was researched on Pacer.

Petitioner herein is requesting Leave of the Court to Reply to the Government's Response.

[PLEADING TITLE] - 1

Premises Considered,  Petitioner prays that the court will;

(a) Grant the Motion for Leave to Reply;
(b) Grant the Petitioner sixty (60) in which to submit a Reply, and Grant;
(c) Any other relief the Court deem just and proper to make.

Respectfully Submitted,

on this    day of March, 2016,

Thomas R. Hatfield,
pro se
606 Tiffany Lane
Las Vegas, NV 8910

ORDER

IT IS SO ORDERED.
DATED this _____ day of March, 2016.

Lloyd D. George
Sr. U.S. District Judge

[PLEADING TITLE] - 2